1  Julie Ahrens (SBN 230170)                    Jonathan D. Selbin (State Bar No. 170222)
   KIRKLAND & ELLIS LLP                         Lisa J. Leebove (State Bar No. 186705)
2  555 California Street                        H. John Gutierrez (State Bar No. 235406)
   San Francisco, CA  94104-1501                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  Telephone:  (415) 439-1400                   Embarcadero Center West
   Facsimile:  (415) 439-1500                   275 Battery Street, 30th Floor
4                                               San Francisco, CA  94111
                                                Telephone:  (415) 956-1000
5                                               Facsimile:  (415) 956-1008

6

7  Robert B. Ellis, P.C.                        James Belford Brown (State Bar No. 83355)
   Scott F. Hessell                             Jennifer A. Scott (State Bar No. 204234)
8  KIRKLAND & ELLIS LLP                         HERUM CRABTREE BROWN, a California corporation
   200 East Randolph Drive                      2291 West March Lane, Suite B100
9  Chicago, IL  60601                           Stockton, CA  95207
   Telephone:  (312) 861-2000                   Telephone:  (209) 472-7700
10 Facsimile:  (312) 861-2200                   Facsimile:  (209) 472-7986

11

12 Lawrence S. Buonomo                          John W. Rasmussen
   Office of the General Counsel                Dale W. Robinson
13 General Motors Corporation                   Jay M. Allen
   400 Renaissance Center                       JOHNSON, RASMUSSEN, ROBINSON &
   P.O. Box 400, MC 482-026-601                   ALLEN, P.L.C.
14 Detroit, MI  48265-4000                      48 North MacDonald Street
                                                Mesz, AZ 85201
15 *Attorneys for Defendant*                    Telephone:  (480) 964-1421
   *GENERAL MOTORS CORPORATION*                 Facsimile:  (480) 433-7311
16
                                                *Attorneys for Plaintiffs and the Proposed Class*
17

18

19                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA
20

21

22 JASON BERTINO, ET AL.,                )   Case No. 2:05-cv-889
                                         )
23         Plaintiffs,                   )   Judge Garland E. Burrell Jr.
                                         )
24     vs.                               )
                                         )   **PARTIES' JOINT STIPULATION**
25 GENERAL MOTORS CORPORATION,           )
                                         )
26         Defendant.                    )
                                         )
27 _____      )

28

K&E 10318239.3

**PARTIES' JOINT STIPULATION**

The parties submit this stipulation to extend the time that GM may answer Plaintiffs' First Amended Complaint as described below:

1.    On this date, May 6, 2004 GM filed an ex parte motion requesting a thirty (30) day extension of time in which to answer or to otherwise respond to Plaintiffs' First Amended Complaint (doc. # 3).

2.    The parties have now come to an agreement regarding this issue.  The parties hereby stipulate and agree that GM shall have twenty (20) days to respond to Plaintiffs' First Amended Complaint.  GM shall file and serve its response to Plaintiffs' First Amended Complaint on or before May 26, 2005.

3.    This agreement supercedes and extinguishes GM's prior request for an extension of time.

4.    Nothing in this stipulation shall constitute or be interpreted as an agreement

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

2
PARTIES' JOINT STIPULATION

on the part of Plaintiffs that federal jurisdiction is appropriate, or a waiver of Plaintiffs' right to seek

remand of this action to the San Joaquin County Superior Court.


                                                    KIRKLAND & ELLIS LLP
Dated:  May 6, 2005


                                     By:_____/s/ Julie A. Ahrens
                                           Julie A. Ahrens
                                           Attorney for Defendant
                                           GENERAL MOTORS CORPORATION

                                     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Dated:  May 6, 2005


                                     By: _____/s/ Lisa J. Leebove
                                           Lisa J. Leebove[1]
                                           Attorney for Plaintiffs
                                           JASON BERTINO, DONALD W. HEMANS, *ET. AL*



Good cause appearing, IT IS SO ORDERED[2]


DATED:  May 10, 2005

                                            _____/s/ Garland E. Burrell, Jr._____

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

---

[1]    Counsel e-filing this document represents that she has obtained the permission of all plaintiffs' counsel to file this
Stipulation on the plaintiffs' behalf.

[2]    This ruling moots defendant's Ex Parte Motion filed May 6, 2005.

PARTIES' JOINT STIPULATION