```
1   Julie Ahrens (SBN 230170)
    KIRKLAND & ELLIS LLP
2   555 California Street
    San Francisco, California 94104-1501
3   Telephone:   (415) 439-1400
    Facsimile:   (415) 439-1500
4
    Robert B. Ellis, P.C.
5   Scott F. Hessell
    KIRKLAND & ELLIS LLP
6   200 East Randolph Drive
    Chicago, IL  60601
7   Telephone: (312) 861-2000
    Facsimile:  (312) 861-2200
8
    Lawrence S. Buonomo
9   Office of the General Counsel
    General Motors Corporation
10  400 Renaissance Center
    P.O. Box 400, MC 482-026-601
11  Detroit, MI  48265-4000

12  Attorneys for Defendant
    GENERAL MOTORS CORPORATION
13
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON BERTINO, ET AL., | ) |
|---|---|
| Plaintiffs, | ) |
|  | ) **CASE NO. 2:05-CV-0889-GEB-PAN** |
| vs. | ) |
|  | ) |
| GENERAL MOTORS CORPORATION, | ) |
|  | ) **PRO HAC VICE APPLICATION AND** |
| Defendant. | ) **ORDER** |

I, Robert B. Ellis, attorney for General Motors Corporation (defendant), hereby petition for admission to practice under the provisions of Rule 180(b) (2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

///

///

Pro Hac Vice Application and Order for Robert B. Ellis

|  |  |
|--|--|
| My residence address is: | 214 Northampton<br>Lincolnshire, IL 60069 |
| My business address is: | Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois  60601 |

Business telephone:   (312) 861-2000

I was admitted to practice in the following courts:

| Court | Date |
|--|--|
| Illinois State Bar | on 11/07/1991 |
| Illinois Supreme Court | on 11/1991 |
| Northern District of Illinois | on 02/1993 |
| Eastern District of Wisconsin | on 10/1993 |
| U.S. Court of Appeals, 7th Circuit | on 10/1996 |
| U.S. Court of Appeals, 11th Circuit | on 09/1998 |
| Northern District of Indiana | on 12/1998 |
| Eastern District of Wisconsin | on 04/2001 |
| U.S. Court of Appeals, 6th Circuit | on 06/2002 |
| Central District of Illinois | on 02/2002 |

I am presently in good standing and eligible to practice in said courts.  I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a *pro hac vice* application to this court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: Julie Ahrens, Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1501.  The telephone number is (415) 439-1400.  The facsimile number is (415) 439-1500.

DATED: June 3, 2005        PETITIONER: ___/s/_____

Robert  B. Ellis

2

Pro Hac Vice Application and Order for Robert B. Ellis

1  I hereby consent to my designation as counsel with whom the Court and opposing counsel
2  may readily communicate regarding the conduct of the case and upon whom papers shall be served.

DATED: June 17, 2005          DESIGNEE          /s/ Julie A. Ahrens
                              Address:  Kirkland & Ellis LLP
                                        555 California Street, 27th Floor
                                        San Francisco, CA  94104
                              Telephone:  415-439-1400

**O R D E R**

**PETITION IS HEREBY          (X)   GRANTED     (   )  DENIED.**

**DATED:  June 20, 2005**                   /s/ Garland E. Burrell, Jr.
**GARLAND E. BURRELL, JR.**
**United States District Judge**

3

Pro Hac Vice Application and Order for Robert B. Ellis