Julie Ahrens (SBN 230170)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500

Robert B. Ellis, P.C.
Scott F. Hessell
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Lawrence S. Buonomo
Office of the General Counsel
General Motors Corporation
400 Renaissance Center
P.O. Box 400, MC 482-026-601
Detroit, MI 48265-4000

Attorneys for Defendant
GENERAL MOTORS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BERTINO, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:05-cv-0889-GEB-PAN |
| GENERAL MOTORS CORPORATION, | ) PRO HAC VICE APPLICATION AND ORDER |
| Defendant. | ) |

I, Scott F. Hessell, attorney for General Motors Corporation (defendant), hereby petition for admission to practice under the provisions of Rule 180(b) (2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

My residence address is:    2020 North Fremont
Chicago, IL 60614

Pro Hac Vice Application and Order for Scott F. Hessell

My business address is:    Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

Business telephone:   (312) 861-2000

I was admitted to practice in the following courts:

| Court | Date |
|---|---|
| Illinois State Bar | in 2001 |
| Illinois Supreme Court | on 01/18/2002 |
| U.S. District Court, Northern District of Illinois | on 03/26/2003 |
| U.S. District Court, Southern District of Illinois | on 12/15/2004 |
| U.S. District Court, Northern District of Indiana | on 06/16/2004 |
| U.S. District Court of Appeals for the District of Columbia | on 01/2002 |

I am presently in good standing and eligible to practice in said courts.  I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a *pro hac vice* application to this court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served:  Julie Ahrens, Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1501.  The telephone number is (415) 439-1400.  The facsimile number is (415) 439-1500.

DATED: May 3, 2005        PETITIONER:  ____/s/_____

Scott F. Hessell

///

///

///

1  I hereby consent to my designation as counsel with whom the Court and opposing counsel
2  may readily communicate regarding the conduct of the case and upon whom papers shall be served.

4  DATED: June 17, 2005         DESIGNEE                    /s/  Julie A. Ahrens
                                Address:    Kirkland & Ellis LLP
5                                           555 California Street, 27th Floor
                                            San Francisco, CA  94104
6                               Telephone:  415-439-1400

9                                       **O R D E R**

10 **PETITION IS HEREBY**         (X)   **GRANTED**     (   )  **DENIED.**

13 **DATED:  June 20, 2005**                        /s/ Garland E. Burrell, Jr.
                                        **GARLAND E. BURRELL, JR.**
14                                      **United States District Judge**

3

Pro Hac Vice Application and Order for Scott F. Hessell