IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BERTINO, ESAU GALINDO, and DONALD W. HEMANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | CIV. S-05-889 GEB (PAN)<br><br><u>ORDER</u> |

     Defendant's motion to dismiss Plaintiffs' First Amended Complaint and Plaintiffs' motion to remand are presently scheduled for hearing.  Defendant has also moved the Judicial Panel on Multidistrict Litigation ("Panel") to transfer this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1407.  (Def.'s Not. of Filing Mot. to Transfer, Exh. A at 1.)  In a letter to the undersigned Judge dated July 6, 2005, the Panel states "the parties will have an opportunity to brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session."  Therefore, the hearing date for Plaintiffs' motion to remand is moved to October 24, 2005, and the hearing date for

Defendant's motion to dismiss is moved to November 7, 2005. The hearings are scheduled to commence at 9:00 a.m.

Finally, the Status (Pretrial Scheduling) Conference currently scheduled to be held on August 1, 2005, is continued to December 12, 2005, at 9:00 a.m. A joint status conference report shall be filed no later than November 28, 2005.[1]

IT IS SO ORDERED.

Dated:  July 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.