```
 1
 2
 3
 4
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  JASON BERTINO, ESAU GALINDO,  )
    and DONALD W. HEMANS, on      )
11  behalf of themselves and all  )
    others similarly situated,    )
12                                )    02:05-cv-0889-GEB-PAN
                Plaintiffs,       )
13                                )    ORDER
            v.                    )
14                                )
    GENERAL MOTORS CORPORATION,   )
15  a Delaware corporation,       )
                                  )
16              Defendant.        )
                                  )
17
18
```

On July 21, 2005, the hearing dates for Plaintiffs' motion to remand and Defendant's motion to dismiss Plaintiffs' First Amended Complaint were rescheduled for October 24, 2005, and November 7, 2005, respectively, pending resolution of Defendant's motion to the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1407.  (July 21 Order at 1.)  No order from the Panel, either transferring or denying transfer of this action, has been filed, nor has either party indicated the status of Defendant's motion to transfer.  Since the status of Defendant's

motion to transfer is unknown, the appropriateness of the rescheduled hearing dates is unclear.  Therefore, Defendant shall file a status report, no later than October 7, 2005, in which it explains the status of its motion to transfer this action to the United States District Court for the Southern District of Illinois.

IT IS SO ORDERED.

Dated:  September 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge