IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JASON BERTINO, ESAU GALINDO,  )
and DONALD W. HEMANS, on      )
behalf of themselves and all  )
others similarly situated,    )
                              )   02:05-cv-0889-GEB-PAN
            Plaintiffs,       )
                              )   ORDER
      v.                      )
                              )
GENERAL MOTORS CORPORATION,   )
a Delaware corporation,       )
                              )
            Defendant.        )
_____)
```

        Defendant's motion to dismiss Plaintiffs' First Amended Complaint and Plaintiffs' motion to remand are presently scheduled for hearing. Defendant has filed a motion with the Judicial Panel on Multidistrict Litigation ("Panel") to transfer this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1407. (Def.'s Not. of Filing Mot. Transfer, Exh. A at 1.) Defendant indicated in its Status Report, filed October 6, 2005, that its motion to transfer has been fully briefed and is presently being considered by the Panel. (Def.'s Status Report Concerning Mot. Transfer at 2.) Therefore, the hearing on Plaintiffs'

motion to remand is continued to December 19, 2005, and the hearing on Defendant's motion to dismiss is continued to January 9, 2006.  Both hearings are scheduled to commence at 9:00 a.m.  Finally, the Status (Pretrial Scheduling) Conference currently scheduled to be held on December 12, 2005, is continued to February 6, 2006, at 9:00 a.m.  A Joint Status Report shall be filed no later than January 23, 2006.[1]

IT IS SO ORDERED.

DATED:  October 11, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to file a status report in accordance with this Order. In the event a party or parties fails to participate as ordered, the party or parties submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.