# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

November 8, 2005

Mr. Jack Wagner
U.S. District Court for the
 Eastern District of California
501 I Street
Sacramento, California 95814-7300

**FILED**

NOV 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

Dear Mr. Wagner:

Re: MDL 03-1562 General Motors Corp. Dex-Cool Products Liability Litigation
ED/CA Case No.: 2:05-889 GEB PAN
SD/IL Case No.: 05-10008 GPM

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation transferring the above entitled action to this district pursuant to 28 USC 1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above, along with the enclosed copy of this transmittal letter to the Southern District of Illinois at the address above.

    If the case is an electronic case filing, please provide us with a temporary login and password to directly access your database and to expedite the downloading of the PDF files of prior filings.

    We appreciate your prompt attention to this matter.

Sincerely,

Norbert G. Jaworski
Clerk of the Court

By: _____
Jackie Payton
Deputy Clerk

Enclosures

Receipt Acknowledged on :_____

By:_____

Case 2:05-cv-00889-GEB-PAN   Document 30   Filed 11/18/05   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 19 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1562

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE GENERAL MOTORS CORP. DEX-COOL PRODUCTS LIABILITY LITIGATION

*Jason Bertino, et al. v. General Motors Corp.*, E.D. California, C.A. No. 2:05-889

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

Presently before the Panel is a motion by defendant General Motors Corp. (GM) to transfer this action (*Bertino*), pursuant to 28 U.S.C. § 1407, for inclusion in MDL-1562 proceedings occurring in the Southern District of Illinois. The *Bertino* plaintiffs oppose this motion.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of Illinois, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The MDL-1562 amended consolidated class action complaint includes allegations that Dex-Cool engine coolant in certain GM vehicles and/or the GM vehicle-cooling system, including intake manifold gaskets, are defective. The *Bertino* complaint asserts similar claims regarding these gaskets. Transfer of *Bertino* for inclusion in the centralized pretrial proceedings will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. *See In re General Motors Corp. Dex-Cool Products Liability Litigation*, 293 F.Supp.2d 1381 (J.P.M.L. 2003). Pending motions can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

Plaintiffs argue that unique matters in *Bertino* predominate over any questions of fact which may be shared with the MDL-1562 actions. We disagree. It may be, on further refinement of the issues and close scrutiny by the transferee judge, that this action can be remanded under 28 U.S.C. § 1407(a) to its transferor district. But we are unwilling, on the basis of the record before us, to make such a determination at this time. Should the transferee judge deem Section 1407 remand of this action to be appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See*

- 2 -

Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of Illinois and, with the consent of that court, assigned to the Honorable G. Patrick Murphy for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



# INVOLVED COUNSEL LIST
## DOCKET NO. 1562
## IN RE GENERAL MOTORS CORP. DEX-COOL PRODUCTS LIABILITY LITIGATION

*Jason Bertino, et al. v. General Motors Corp.*, E.D. California, C.A. No. 2:05-889

Lawrence S. Buonomo
Office Of General Counsel
General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI 48265-4000

Robert B. Ellis
Kirkland & Ellis, LLP
200 East Randolph Drive
Suite 5800
Chicago, IL 60601

Henry J. Gutierrez
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339